ISBELL-PORTER COMPANY, Respondent, *v.* ISAAC HEINEMAN, Appellant.

*Isbell-Porter Company* v. *Heineman*, 137 App. Div. 946, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1910, affirming a judgment in favor of

plaintiff entered upon a verdict in an action to recover on contract.

*Jesse S. Epstein* for appellant.

*Jay E. Whiting* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.